IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-CV-04070-BCW |
| ARTIS JAMES ROSS, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Epps' Report and Recommendation (Doc. #50) denying Defendant Artis James Ross's Motion to Suppress (Doc. #36). Defendant did not file objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Epps' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #50), Defendant's Motion to Suppress (Doc. #36) is DENIED. It is further

ORDERED that Magistrate Judge Epps' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: January 11, 2022  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT